TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00210-CR







Ex parte Dennis Chafin







FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT


NO. 03-1510, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING






O R D E R


PER CURIAM

Chafin's second motion for extension of time to file brief is granted in part. Chafin's
counsel, Mr. Steve Baxley, is ordered to tender a brief in this cause no later than January 21, 2005. 
No further extension of time will be granted.

It is ordered December 10, 2004. 


Before Justices Kidd, Patterson and Puryear

Do Not Publish